# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC G2 | 9609061 | REYNOLDS | 1553 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/12/2021 2235 | 36 CFR 2.35 (C) |

Place of Offense: AVON BEACH ANGELFISH RD

Offense Description: Factual Basis for Charge — HAZMAT ☐

ALCOHOL
UNDER INFLUENCE - ENDANGERS
2800 01

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ECKMAN | STEVE | R |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | +$30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| NOTICE SERVED | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*9609061*

EC62  VN# 960901

While on patrol I was notified by Dare County Central Communications of an indecent exposure on the beach in Avon off Angelfish Road. The report was for a couple people nude, drunk in the surf and unable to move by their own power. The reporting party stated that the individuals were over the dunes and to the right down in the surf.

I responded to the scene from Bodie Island, Ramp 4. Upon my arrival I walked over the boardwalk and into the dunes off Angelfish Road. As I exited the dunes and walked onto the beach, I met by two dogs off leash barking and walking towards me. I observed a female wearing an orange bathing suite sitting in the sand and asking for help. The female was unable to stand, had slurred speech and trouble maintaining focus to communicate coherently. The female was identified as Denise Raeann MOSHER. MOSHER stated that she and the male, ECKMAN, had been drinking beer and Fireball prior to walking onto the beach. At this time the reporting party approached us and confirmed MOSHER to be the female naked and drunk in the surf.

The reporting party informed me that ECKMAN was still laying down on the beach in the surf. I walked to the water's edge and observed a white male naked and laying in the tidal zone kicking his leg with water washing over him. As I approached ECKMAN I asked if he needed any help. ECKMAN was not responding to me. I observed a strong odor of alcohol admitting from ECKMAN's person and the inability for ECKMAN to steady himself in a kneeling all fours position. Between the rise and fall of the water level I shook the ECKMAN's shoulder and asked if I could help him. ECKMAN appeared startled and muttered incoherently. ECKMAN began to slur, "who are you."

After approximately three cycles of the water washing over ECKMAN a third party approached and asked if he could help. I asked the individual if he could grab one side of ECKMAN and we would pull him out of the water and up the beach.

Dare County Sherriff's Office Deputy Davis arrived on scene and we discussed that the male, identified as Steve Raymond ECKMAN would need to be cleared medically due to ECKMAN's inebriated condition. ECKMAN was retrieved by Dare County EMS and transported to the Outer Banks Hospital for medical evaluation. ECKMAN was cleared medically at the hospital and I placed ECKMAN under arrest and transported to the Dare County Detention Center to set conditions of release per Chief District Court, Judge Boyle.

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | 9609064 | REYNOLDS | 1553 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 07/12/2021 2235
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34 (a)(2)

Place of Offense: AVON BEACH ANGELFISH RD

Offense Description: Factual Basis for Charge

DISORDERLY CONDUCT
OBSCENE ACT

262000

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: ECKMAN
First Name: STEVE
M.I.: R

Street Address:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| NOTICE SERVED | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*9609064*

EC62 VN# 960904

While on patrol I was notified by Dare County Central Communications of an indecent exposure on the beach in Avon off Angelfish Road. The report was for a couple people nude, drunk in the surf and unable to move by their own power. The reporting party stated that the individuals were over the dunes and to the right down in the surf.

I responded to the scene from Bodie Island, Ramp 4. Upon my arrival I walked over the boardwalk and into the dunes off Angelfish Road. As I exited the dunes and walked onto the beach, I met by two dogs off leash barking and walking towards me. I observed a female wearing an orange bathing suite sitting in the sand and asking for help. The female was unable to stand, had slurred speech and trouble maintaining focus to communicate coherently. The female was identified as Denise Raeann MOSHER. MOSHER stated that she and the male, ECKMAN, had been drinking beer and Fireball prior to walking onto the beach. At this time the reporting party approached us and confirmed MOSHER to be the female naked and drunk in the surf.

The reporting party informed me that ECKMAN was still laying down on the beach in the surf. I walked to the water's edge and observed a white male naked and laying in the tidal zone kicking his leg with water washing over him. As I approached ECKMAN I asked if he needed any help. ECKMAN was not responding to me. I observed a strong odor of alcohol admitting from ECKMAN's person and the inability for ECKMAN to steady himself in a kneeling all fours position. Between the rise and fall of the water level I shook the ECKMAN's shoulder and asked if I could help him. ECKMAN appeared startled and muttered incoherently. ECKMAN began to slur, "who are you."

After approximately three cycles of the water washing over ECKMAN a third party approached and asked if he could help. I asked the individual if he could grab one side of ECKMAN and we would pull him out of the water and up the beach.

Dare County Sherriff's Office Deputy Davis arrived on scene and we discussed that the male, identified as Steve Raymond ECKMAN would need to be cleared medically due to ECKMAN's inebriated condition. ECKMAN was retrieved by Dare County EMS and transported to the Outer Banks Hospital for medical evaluation. ECKMAN was cleared medically at the hospital and I placed ECKMAN under arrest and transported to the Dare County Detention Center to set conditions of release per Chief District Court, Judge Boyle.

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ECC2 | 9609065 | REYNOLDS | 1553 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/12/2021 2235
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34 (a)(4)

Place of Offense: AVON BEACH ANGELFISH RD

Offense Description: Factual Basis for Charge  HAZMAT ☐

DISORDERLY CONDUCT
HAZ/OFFENSIVE CONDITION
26 99 00

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ECKMAN | STEVE | R |

Street Address:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 

Date: NOTICE SERVED
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*9609065*

EC62  VN# 9609065

While on patrol I was notified by Dare County Central Communications of an indecent exposure on the beach in Avon off Angelfish Road. The report was for a couple people nude, drunk in the surf and unable to move by their own power. The reporting party stated that the individuals were over the dunes and to the right down in the surf.

I responded to the scene from Bodie Island, Ramp 4. Upon my arrival I walked over the boardwalk and into the dunes off Angelfish Road. As I exited the dunes and walked onto the beach, I met by two dogs off leash barking and walking towards me. I observed a female wearing an orange bathing suite sitting in the sand and asking for help. The female was unable to stand, had slurred speech and trouble maintaining focus to communicate coherently. The female was identified as Denise Raeann MOSHER. MOSHER stated that she and the male, ECKMAN, had been drinking beer and Fireball prior to walking onto the beach. At this time the reporting party approached us and confirmed MOSHER to be the female naked and drunk in the surf.

The reporting party informed me that ECKMAN was still laying down on the beach in the surf. I walked to the water's edge and observed a white male naked and laying in the tidal zone kicking his leg with water washing over him. As I approached ECKMAN I asked if he needed any help. ECKMAN was not responding to me. I observed a strong odor of alcohol admitting from ECKMAN's person and the inability for ECKMAN to steady himself in a kneeling all fours position. Between the rise and fall of the water level I shook the ECKMAN's shoulder and asked if I could help him. ECKMAN appeared startled and muttered incoherently. ECKMAN began to slur, "who are you."

After approximately three cycles of the water washing over ECKMAN a third party approached and asked if he could help. I asked the individual if he could grab one side of ECKMAN and we would pull him out of the water and up the beach.

Dare County Sherriff's Office Deputy Davis arrived on scene and we discussed that the male, identified as Steve Raymond ECKMAN would need to be cleared medically due to ECKMAN's inebriated condition. ECKMAN was retrieved by Dare County EMS and transported to the Outer Banks Hospital for medical evaluation. ECKMAN was cleared medically at the hospital and I placed ECKMAN under arrest and transported to the Dare County Detention Center to set conditions of release per Chief District Court, Judge Boyle.